7jgmtwoh (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *In Re:* Jason Andrew Adams and Tiffany Elizabeth Adams<br>**Debtor** | *Bankruptcy Case No.*<br>11–45855–jwv7 |
| **Erlene W. Krigel**<br>   Plaintiff(s) | *Adversary Case No.*<br>12–04086–jwv |
| v. | |
| **Jason Andrew Adams**<br>**Tiffany Elizabeth Adams**<br>   Defendant(s) | |

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Jerry W. Venters , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: that judgment is entered in favor of the Plaintiff and against Defendants as follows:
1. The Defendants are ordered to pay to Plaintiff the amount of $7,167.69, being
$6,224.69 for Defendants non−exempt 2011 tax refunds, a total of $650.00 for Plaintiffs
attorneys fees, and $293.00 for Court costs.
2. That Defendants discharge is hereby revoked.
3. This Judgment is a final judgment for purposes of execution

   The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Jamie Hinkle
    Deputy Clerk



Date of issuance: 6/26/12

Court to serve